NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3189

GABRIEL COSME,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in
NY0752090012-I-1

ON MOTION

Before LOURIE, Circuit Judge.

## O R D E R

The Department of Veterans Affairs moves for a 14-day extension of time, until December 1, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 1 9 2009
_____
Date

cc:   Elaine Rodriguez-Frank, Esq.
      Jane W. Vanneman, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2009

JAN HORBALY
CLERK